# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Dickenson,<br><br>    Petitioner,<br><br>v.<br><br>Charles Ryan; and the Attorney General of the State of Arizona,<br><br>    Respondents. | No. CV-16-02390-PHX-DLR (ESW)<br><br>**ORDER** |

Petitioner Joseph Dickenson was found guilty by a jury on multiple counts of identity theft, money laundering, forgery, and fraud. He presently is confined in the Arizona State Prison-Kingman serving his eight-year sentence. Before the Court are his petition for writ of habeas corpus (Doc. 1) and the Report and Recommendation (R&R) of Magistrate Judge Eileen S. Willett recommending that the petition be denied (Doc. 9).

The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to do so may result in acceptance of the R&R without further review. (Doc. 9 at 9 (citing *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)). Petitioner has filed no objection, which relieves the Court of its obligation to review the R&R. *See id*; *Thomas v. Arn*, 474 U.S. 140, 149 (1985); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). The Court has nonetheless reviewed the R&R and finds it to be well-taken. The Court will accept the R&R and deny the petition.

**IT IS ORDERED** that Magistrate Judge Willett's R&R (Doc. 9) is **ACCEPTED** and Petitioner's petition for writ of habeas corpus (Doc. 1) is **DENIED** and **DISMISSED** with prejudice. A Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED**. The Clerk shall enter judgment accordingly and terminate this action.

Dated this 6th day of June, 2017.

Douglas L. Rayes
United States District Judge